ORIGINAL

1  DAVID E. KILLOUGH
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, California 94111-3305
   (415) 984-8700
4
   GLENN W. TROST
5  COUDERT BROTHERS
   1055 West Seventh Street, 20th Floor
6  Los Angeles, California 90071
   (213) 891-0228
7
   Attorneys for Plaintiff
8  International Rectifier Corporation

9  DAVID E. MONAHAN
   GRAY CARY WARE & FREIDENRICH LLP
10 401 B Street, Suite 1700
   San Diego, California 92101-4397
11 (619) 699-2755

12 THOMAS J. NOLAN
   HOWREY & SIMON
13 550 South Hope Street, Suite 1400
   Los Angeles, California 90071
14 (213) 892-1800

15 Attorneys for Defendants Samsung Semiconductor, Inc.
   and Samsung Electronics Co., Ltd.
16
                UNITED STATES DISTRICT COURT
17
                CENTRAL DISTRICT OF CALIFORNIA
18

19 INTERNATIONAL RECTIFIER              Case No. CV-98-0433-R
20 CORPORATION,
                                        Case No. CV-98-9718-R
21            Plaintiff,
                                        STIPULATION FOR STAY OF
22       v.                             PRELIMINARY INJUNCTION ORDERS
                                        AND FOR JUDGMENT BASED ON
23 SAMSUNG SEMICONDUCTOR, INC.          SETTLEMENT; [Proposed] STAY
   and SAMSUNG ELECTRONICS CO.,         ORDER AND JUDGMENT
24 LTD.,
                                        FILED UNDER SEAL PURSUANT TO
25            Defendants.               ORDER OF THE COURT; NOT TO BE
                                        OPENED OR READ EXCEPT BY OR
26                                      WITH THE AUTHORITY OF THE
                                        COURT
27
28

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 8 1999
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JAN - 4 1999
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
JAN - 6 1999
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JAN 08 1999
ENTERED ON ICMS