UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

✓ Priority
✓ Send
___ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.   CV-98-433-R                                    Date: OCT. 11, 2002

Title:   INTERNATIONAL RECTIFIER CORP -v- SAMSUNG SEMICONDUCTOR INC et al
=======================================================================
PRESENT:   HONORABLE MANUEL L. REAL, U.S. DISTRICT COURT

    William Horrell                                       None Present
    Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

ON MAY 18, 2001, AFTER A LENGTHY CONTEMPT HEARING, THIS
COURT MADE PRELIMINARY FINDINGS OF CONTEMPT AGAINST
DEFENDANTS, BUT RESERVED ANY FINAL RULING PENDING THE
CONCLUSION OF PROCEEDINGS IN THE ACTION OF I.R. -V- IXYS,
(CV-00-6756-R). THE COURT ENTERED ITS INTERIM FINDINGS ON
THESE CONTEMPT PROCEEDINGS ON MARCH 15, 2002. AND NOW,

THE MATTER OF I.R -V- IXYS HAVING BEEN DECIDED, AND WILLFUL
INFRINGEMENT HAVING BEEN FOUND AGAINST IXYS IN THAT MATTER,
THE COURT NOW FINDS CONTEMPT IN THIS ACTION AGAINST THE
SAMSUNG DEFENDANTS, AS ITS FINAL RULING IN THIS MATTER.
IT IS SO ORDERED.

PLAINTIFFS SHALL SUBMIT BRIEFS REGARDING ITS POSITION ON
THE APPROPRIATE SANCTIONS APPLICABLE IN THIS ACTION, BASED
ON THE COURT'S ORDER, BY OCTOBER 28, 2002. DEFENDANTS SHALL
FILE ANY REPLY PAPERS ON THIS ISSUE BY NOVEMBER 12, 2002.
THE MATTER WILL THEN STAND SUBMITTED.

cc: counsel of record (by optical scanning)

ENTERED OCT 15 2002 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

MINUTES FORM 11                                Initials of Deputy Clerk ___ WH
CIVIL -- GEN

221